The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.




Russ Kendig
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| JOHN W GANEY | : | CASE NO: 08-63661 |
| CAROLINE B GANEY | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN |

*****************************************************************************

On August 5, 2009 the Court held a hearing on the Confirmation of Chapter 13 Plan.

Based upon the evidence presented, the Court finds the objection filed by the Trustee to be well taken and the same **SUSTAINED**. Accordingly, the confirmation of the Debtor's Chapter 13 Plan is **DENIED**. The Debtor is instructed to provide the Trustee with an amended plan addressing the objections raised within (20) twenty days of the date of this order or the case will be **DISMISSED**.

IT IS SO ORDERED.

SUBMITTED BY:

/s/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

List of parties to be served this order:

1. Debtor(s)
   Mr. And Mrs. John Ganey
   2410 St Rt 511
   Perrysville, Ohio 44864

2. Attorney for Debtor(s)
   Robert Goldberger, Esq.
   E-mailed